

FILED
AUG 1 1 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:16-MJ-00095 EPG |
| Plaintiff, | ) | ORDER TO UNSEAL CASE |
| v. | ) | |
| ABDULLAH ALMASHWALI and, CHAUDHRY AHMAD FAROOQ | ) | |
| Defendants. | ) | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the above-entitled case be **UNSEALED**, and made public record **except for the original "Complaint, Document One, which is to remain sealed.**

DATED: August 11, 2016

_____
SHEILA K. OBERTO
U.S. MAGISTRATE JUDGE

2